■ In the Matter of the Arbitration between CLINTSTONE PROPERTIES, INC., and JOHN W. COWPER COMPANY, INCORPORATED, et al. (Action No. 1.) In the Matter of the Arbitration between JOHN W. COWPER COMPANY, INCORPORATED, and HIRES-TURNER GLASS COMPANY et al. (Action No. 2.) In the Matter of the

Arbitration between JOHN W. COWPER COMPANY, INCORPORATED, et al., Respondents, and HANEY ERECTION SERVICES, INC., Appellant. (Action No. 3.) — Order unanimously affirmed, with costs (see *Matter of Cowper Co.* [*Hires-Turner Glass Co.*], 72 AD2d 934, affd 51 NY2d 937). (Appeal from order of Supreme Court, Erie County, Marshall, J. — stay arbitration.) Present — Simons, J. P., Hancock, Jr., Callahan, Boomer and Moule, JJ.